# J·ROBBIN LAW

200 Business Park Drive
Suite 103
Armonk, NY 10504

Phone:  (914)685-5017
Email:  Jacquelyn.dicicco@jrobbinlaw.com

December 7, 2021

**Sent Via ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Azcona v. First National Collection Bureau, Inc., et al.* – Case No. 2:21-cv-14120
      ***Disla v. First National Collection Bureau, Inc., et al.* – Case No.: 2:21-cv-15312**
      *Disla v. Investinet, LLC, Inc., et al.* – Case No.: 2:21-cv-15276
      *Disla v. Investinet, LLC, et al.* – Case No.: 2:21-cv-16559
      *Velez-Aguilar v. Sequium Asset Solutions, LLC, Inc.* – Case No.: 2:21-cv-14046
      **Status Letter to Stay the Action**

Dear Judge Cecchi:

We represent Defendants, First National Collection Bureau, Inc. ("FNCB") and LVNV Funding, LLC ("LVNV"), in the above highlighted action. In addition, we represent FNCB, LVNV, CACH, LLC ("CACH"), Sequium Asset Solutions, LLC ("Sequium"), and Investinet, LLC ("Investinet") (collectively "Defendants"), in four (4) other matters currently pending in the New Jersey District Court.

On November 18, 2021, the Court held a telephone conference, during which the Court permitted Plaintiff through Friday, December 3, 2021, to submit a letter to the Court as to whether he agreed to place all five (5) of the above-referenced matters on a stay and administrative termination pending the outcome of *Velez*.

We now write on consent of Plaintiff's Counsel. Counsel for all Plaintiffs and Counsel for all Defendants have agreed that all five (5) of the above-referenced matters should be placed on a stay and administrative termination pending the outcome of *Velez*.

# J·ROBBIN LAW

Kindly confirm that this Action will be placed on a stay or if the Court requires any additional information.

                                                Respectfully submitted,

                                                */s/ Jacquelyn A. DiCicco*

                                                Jacquelyn A. DiCicco

SO ORDERED

    *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  12/9/2021